Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana  59403-1829
Telephone:  (406) 761-8600
Facsimile: (406) 453-4663
I. D. Number 0636
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

-------------------------------------------------------------------------------

In re                                                             )
                                                )         No. 19-60110-13

LEVI JONES and                                           )
MATHA JONES,                                             )
                                                )
        Debtors.                                       )

-----------------------------------------------------------------------------------------------

**TRUSTEE'S MOTION FOR ORDER VACATING ORDER
CONFIRMING CHAPTER 13 PLAN, AND NOTICE**

-----------------------------------------------------------------------------------------------

       Pursuant to F.R.B.P. 9024, Robert G. Drummond, Chapter 13 Standing Trustee, moves the Court for an order vacating the order confirming the Chapter 13 Plan for the reason that the confirmed Plan is underfunded by $1,035.00.  Thus, the Order Confirming Chapter 13 Plan was entered by mistake and should be vacated.

       DATED September 25, 2019.

                                                     Chapter 13 Standing Trustee
                                                   P. O. Box 1829
                                                 Great Falls, Montana  59403-1829


                                                 By /s/ Robert G. Drummond
                                                      Trustee

## NOTICE OF OPPORTUNITY TO RESPOND
## AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

>  **NOTICE OF HEARING**
>  **Date:** _____
>  **Time:** _____
>  **Location:** _____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED September 25, 2019.

>  Chapter 13 Standing Trustee
>  P. O. Box 1829
>  Great Falls, Montana 59403-1829

>  By /s/ Robert G. Drummond
>  Trustee

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing **TRUSTEE'S MOTION TO VACATE ORDER CONFIRMING CHAPTER 13 PLAN** was sent by first class mail postage prepaid on September 25, 2019, at Great Falls, Montana, and directed to the following:

>  LEVI & MATHA JONES
>  623 PARK ST., TRLR 4
>  STEVENSVILLE, MT 59870

>  /s/ Tiffany Floerchinger
>  Tiffany Floerchinger