**RICHARD E. ZUCKERMAN**
Principal Deputy Assistant Attorney General

**RYAN S. WATSON**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax:  202.307.0054
ryan.watson@usdoj.gov

*Of Counsel:*
**KURT G. ALME**
United States Attorney
**VICTORIA L. FRANCIS**
**CHAD C. SPRAKER**
Assistant U.S. Attorneys

*Attorneys for Creditor*
*United States of America*

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

| In re: | Case No. 19-60110-BPH-13 |
|---|---|
| **LEVI L. JONES and MARTHA J. JONES** | **(Chapter 13)** |
| | **UNITED STATES' NOTICE OF APPEAL OF ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |

The United States of America, on behalf of its agency, the Internal Revenue Service, files this notice of appeal.

\\

\\

\\

**I.     Identity of the Appellant**

The Appellant, the United States of America and its agency, the Internal Revenue Service, is a creditor of Debtors Levi L. Jones and Martha J. Jones in this matter.

**II.    Subject of the Appeal**

The United States appeals the November 13, 2019 Order Sustaining Objection to Claim (ECF No. 58).

**III.   Other Parties to the Appeal**

Levi L. Jones
Martha J. Jones
c/o Daniel S. Morgan
Morgan Pierce, PLLP
P.O. Box 1690
Missoula, MT 59806-1690
Tel: 406.830.3875
Fax: 406.830.3876
dan@morgan-pierce.com

**IV.    Election to Have Appeal Heard by District Court**

The United States, pursuant to 28 U.S.C. § 158(c)(1)(A), elects to have the appeal heard by the United States District Court for the District of Montana, rather than the Bankruptcy Appellate Panel.

Dated: November 27, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice

*Of Counsel:*
KURT G. ALME
United States Attorney

*Attorneys for the United States of America*