Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
I. D. Number 0636
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | |
|---|---|
| In re ) | |
| ) | No. 19-60110-13 |
| LEVI JONES and ) | |
| MARTHA JONES, ) | |
| ) | |
| Debtors. ) | |

---

**TRUSTEE'S WITHDRAWAL OF MOTION TO VACATE
ORDER CONFIRMING CHAPTER 13 PLAN**

---

The Chapter 13 Standing Trustee withdraws his Motion to Vacate Order Confirming Chapter 13 Plan, dated September 25, 2019 and listed as Docket No. 48.

DATED December 5, 2019

                                              Chapter 13 Standing Trustee
                                              P. O. Box 1829
                                              Great Falls, Montana 59403-1829


                                              By/s/ Robert G. Drummond
                                                 Trustee

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing **TRUSTEE'S WITHDRAWAL OF MOTION TO VACATE ORDER CONFIRMING CHAPTER 13 PLAN** was mailed on December 5, 2019, at Great Falls, Montana, and directed to the following:

> LEVI & MATHA JONES
> 623 PARK ST., TRLR 4
> STEVENSVILLE, MT 59870

/s/ Tiffany Floerchinger
Tiffany Floerchinger